UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAREN OZMUN,

        Plaintiff(s),

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

        Defendant(s).

NO. C09-1701MJP

ORDER TO SHOW CAUSE

The above-entitled Court, having received and reviewed Plaintiff's Complaint for Breach of Contract, Violation of Consumer Protection Act, Bad Faith, Negligence, and Violations of the Insurance Fair Conduct Act (RCW 48.30) (Dkt. No. 1) issues the following Order to Show Cause:

IT IS ORDERED that Plaintiff shall show cause by no later than **December 18, 2009** why this complaint should not be dismissed for failure to state a basis for federal court jurisdiction.

Plaintiff's Complaint has a section entitled "Jurisdiction, Parties and Venue," but the section contains no recitation of the basis upon which this Court may take jurisdiction over the case. Plaintiff is directed to explicitly state the grounds for federal jurisdiction and any factual allegations in support thereof. Failure to do so will result in dismissal of this matter.

The clerk is ordered to provide copies of this order to all counsel.

Dated: December 8, 2009

_____
Marsha J. Pechman
U.S. District Judge

**ORDER TO SHOW CAUSE - 1**